# United States District Court
## Western District of North Carolina
## Asheville Division

| | | |
|---|---|---|
| RODNEY MOUCELL JONES, | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner, | ) | 1:12-cv-00304-RJC |
| | ) | |
| vs. | ) | |
| | ) | |
| KIERAN J. SHANAHAN, Secretary, | ) | |
| North Carolina Dept. of Public Safety, | ) | |
| | ) | |
| Respondent.. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's March 13, 2014 Order.

March 13, 2014

Frank G. Johns, Clerk
United States District Court